# United States District Court

*Northern District of New York*

# CIVIL JUDGMENT

**Duncan J. McNeil, III**

                        **V.**                  **CASE NUMBER: 5:05-cv-773 (NAM/GJD)**

**United States and Its Officers and Agencies,
et al.**

**[X] Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   Plaintiffs [5] motion for reconsideration is denied; This action is dismissed as pltf. failed to comply with the Court's [3] Order.

<u>All of the above pursuant to the order of the Honorable District Judge Norman A. Mordue, dated the 17th day of November, 2005.</u>

**11/29/05**                                       LAWRENCE K. BAERMAN

**DATE**                                             **CLERK OF COURT**

                                                          **S/**

                                                          **KARA LOONEY
DEPUTY CLERK**